**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 97-11086
Summary Calendar**

_____

**JAMES E. HARTNETT,**

**Plaintiff-Appellant,**

**versus**

**TEXAS COMMERCE BANK NATIONAL ASSOCIATION;
THE CHASE MANHATTAN CORPORATION,**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court
for the Northern District of Texas
(3:97-CV-507-H)**

_____

March 19, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

James E. Hartnett, _pro se_, appeals the denial of his motion to reconsider the dismissal, without prejudice, of his complaint against Texas Commerce Bank National Association and The Chase Manhattan Corporation. Pursuant to our review of the record, we conclude that the district court did not abuse its discretion by

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

refusing to reconsider its decision that it did not have subject matter jurisdiction.

***AFFIRMED***